Cite as 2023 Ark. 195

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE APPOINTMENTS OF MEMBERS TO THE ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered:** December 21, 2023 |

## PER CURIAM

Effective January 1, 2024, the following members are appointed to the Arkansas Supreme Court Committee on Professional Conduct for six-year terms ending on December 31, 2029:

> Walter Whit Barton of Monticello (Panel D attorney member – Fourth Congressional District, appointment to an initial term)
>
> Shane M. Wilkinson of Bentonville (Panel D attorney member – Third Congressional District, appointment to an initial term)
>
> Scott S. Hilburn of North Little Rock (Panel D attorney member – Second Congressional District, reappointment to a second term)
>
> Joe Jett of Success (Panel D non-attorney member – statewide at-large, reappointment to a second term)
>
> David P. Glover of Little Rock (Panel B attorney member – Second Congressional District, reappointment to a second term)
>
> Megan Beeson Turner of Little Rock (Panel A non-attorney member – statewide at-large, reappointment to a second term)

The Court expresses its appreciation to Mr. Barton and Mr. Wilkinson for their willingness to serve on this important Committee. The Court also expresses its appreciation to Timothy C. Hutchinson and Paul W. Keith for their service on the Committee.